Miguel Sanchez   AC8280
Name and Prisoner Booking Number

High Desert State Prison
Place of Confinement

P.O. 3030
Mailing Address

Susanville, CA  96127
City, State, Zip Code

# FILED

MAY 08 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Miguel Sanchez
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Doctor   Taber, Tamara
(Full Name of Defendant)

(2) CRN Registered Nurse   Basett

(3) ADA Coordinator Thornton

(4) Prison Guards and Medical officials

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:20 - CV - 946 -   EFB PC
(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____.

2.  Institution/city where violation occurred: High Desert State Prison .

Revised 3/15/2016                                1

## B. DEFENDANTS

1.  Name of first Defendant: _Taber, Tamara_. The first Defendant is employed as:
    _Doctor and Employee by CDCR_ at _High Desert State Prison B-Yard Medical_
    (Position and Title)          (Institution)

2.  Name of second Defendant: _Basett_. The second Defendant is employed as:
    _Registered Nurse employee by CDCR_ at _HDSP - Medical at B-Yard_.
    (Position and Title)          (Institution)

3.  Name of third Defendant: _Thornton_. The third Defendant is employed as:
    _ADA coordinator_ at _High Desert State Prison_.
    (Position and Title)          (Institution)

4.  Name of fourth Defendant: _____. The fourth Defendant is employed as:
    _____ at _____.
    (Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☑ No

2.  If yes, how many lawsuits have you filed? _NO_. Describe the previous lawsuits:

    a.  First prior lawsuit: _None_
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    b.  Second prior lawsuit: _None_
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

    c.  Third prior lawsuit: _None_
        1.  Parties: _____ v. _____
        2.  Court and case number: _____.
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *Eighth Amendment of pain and suffering. Negligence Inadequate Medical care and Deliberate Indiference,— Armstrong v. NEWSOM*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Classmember Plata v. NEWSOM At my Arrival at High Desert State Prison on November 21, 2019 from RJD corr. Fac. I was taken off my Blood Pressure Medication Labelol tol 100mg. twice a day for Hypertention Knowing I came as a High Risk. I have history of stroke. Hypertention. Age of 15 years old and Epilepsy Age 17 years old. Last had June 15, 2019. Dr. Taber did not consult me when taken away me Medication. She's Required by Law and CDCR for new Arrivel to see within 24 hrs. specially high Risk. I came with my DME's Durable equipment, cane Vest Mobility Impaired, Left hand/wrist Brace, Left Prostetic Leg for a drop foot and goes inside shoe. Dr. Taber intention's all the time was/is to Harrass me telling Custody to force me off my cane, vest, Brace Prostetic Orthodic, All have been Permanent. Just two weeks I was held hostage at Medical tank and Dr. Taber ordered custody c/o's Prison Guards to Pepper spray me. I was taken off my DME's and left on Floor. I'm a class member of the Armstrong v. NEWSOM and the 3 Judge order court order was violated. ALSO Refusal to provide treatment amounts to constitutional violation of "Deliberate Indiference" to a serious medical need" failure to treat the need resulting of a Prisoner's condition. could result in further significant Injury, and Pain. Estelle, 429 U.S. at 104 Jett v. Penner, 439 F.3d

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). 1091, 1096 (9th cir. 2006), When FORCE off my DME's, cane, vest etc, My Leg got weaker and drop to the floor and since then I've gotten worst with Leg and Back Pain with "unnecessary and wanton infliction of Pain. My cane and ALL DME's to ambulate myself that were taken Away caused this. I need them Back. WARDEN's aware,

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: *Eigth Amendment cruel and unusual punishment. Deliberate Indiference, and California civil Rights law  Bane civil rights Act.*

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☑ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *Since my Arrivel November 21, 2019 – April 2020 RN Basett has been Harrassing and getting Retaliation on me For Filing Appeal Grievances. I made a CDCR 7362 Medical Request of my Medical needs and wants as to show my ADA/DDP Inmate Summary Report. RN Bassett Refuse seeing Original CHRONOS. ON December 4, 2019 He threatend me to take my DME's. I told him why AM I seeing You and not doctor. He continued angry disrespected me to get out. April 2020 I was taken at Medical Hostage at Holding tank. After getting me off (FORCE) my DMES I walked limbing and went Man down. Basett came with other Female nurses RN make Basett said its not an Emergency Leave him on the Floor have an Inmate Pick him up. RN Basett Refused me a vital sign as well He's conduct is not acceptable in CDCR. CCR Title 15, sec. 3391 (a)(6) Employee conduct. See: (Remedies for Inadequate Medical care"), Estelle v. Gamble (1976) 429 U.S. 97, 104 [ 97 S. Ct. 285 ; 50 L. Ed. 2d 251 J. RN Bassett also discriminated against me by not performing hes duty Right hand Dr. Taber's nurse. Everyone else get medical Help and wheel by wheelchair Instead I was Left on Floor with Pain and Humiliated by Prison Guards and Himself RN Basett. He continues to deny my Grievances and — telling staff of all my whereabouts.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   *Do to not having my cane and all DME's my Left leg went out on me with No Feeling. After my Stroke I was Paralyze and then stay with nerve damage and Paralyzis. That day it went out and nothing to holding myself hurted my Leg, Back, — Bone. since then, result in Further significant injury and th "unnecessary wanton inflliction of Pain*

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?     ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?     ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

   _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: *Americans with Disabilities Act, 42 U.S.C. § 12102.  Eighth Amendment cruel and unusual Punishment , - Deliberate Indifference.*

2. **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments. *At my Arrivel November 21, 2019 at High Desest state Prison I filed an (ADA) 1824 on November 24, 2019 to the ADA coordinator Thornton WARDEN (A). Her Job is to see the inmate and update everything He has. Just like Dr. Taber, RN Basett, this ADA coordinator failed to respond timely and failed to come see me, since last year Nov. 2019 till this day Ms. Thornton hasn't seen me at all. instead I get nothing. She Lies and Protect Medical and Personnel custody.  This conspiracy corruption continues. ADA coordinator took me off my DME's that were permanent and orderly maintain with Proof of all DME Receits. "Medical Appliances and Assistance Devices".  A prisoner may not be deprive of the use of a Medical appliance that is in his or her Possesion upon Arrival in the CDCR, or that Properly obtained while in the CDCR.). Also: Pennsylvania Dept. of corrections v. Yesky (1998) 524 U.S. 206, 208-212 [118 S. Ct. 1852; 141 L. Ed 2d 215]. A permanent disability is defined as a disability or condition that is expected to Last Longer than six months. See 15 ccR § 3085. Also ADA and — Rehabilitation Act section 504.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). *Due to not having my cane my condition worsen causing me Pain Leg, Back, and Bones. Also not recieving Medical services. Americans Disability Act 15 ccR § 3085. Inmates shall not discriminated nor excluded Medical services. see: (ADA) and Rehabilitation section 504.*

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim III?    ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?    ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

### E.  REQUEST FOR RELIEF

State the relief you are seeking: Requesting Payment, money damages. I came with a nassal Broken nose and a fractured orbital left Eye from Richard J. Donovan corr. Fac. High Desert State Prison is aware and not doing anything nor Pain Pills. Assaulted and Battered correctional officers and Inmate. Asking For $ 100.000. diagnosis 8-6-19 Hyperopia of the Eye. 2. Court ORDER HDSP officials, WARDEN J. Picket and Medical to comply with Medication, DME's, cane, vest, orthopedic shoes/orthotic Brace give Back. Expired dates 12/31/9999 since Begining 9/26/19.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 29, 2020__         __Miguel Sanchez__
　　　　　　　　DATE　　　　　　　　　　　　SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

*Exibit A*                                        *APril 29, 2020*

## California Correctional Health Care Services

### Patient Discharge Instructions

**Name:** SANCHEZ, MIGUEL ANGEL    **Current Date:** 10/03/19 12:10:24

**DOB:**    '77    **CDCR:** AC8280

**Immunizations Provided:**

### Immunization(s) Given This Visit

Name                                                    Date

tetanus/diphth/pertuss (Tdap) adult/adol                05/21/19 14:17:00

**Reason For Visit:** 1:HTN (hypertension); Assault; Eczema; Hypertension; Nasal fracture; Orbital floor fracture; Pain

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Cane**Canes Permanent** Standard, Do Not Dispense, Patient Already Has

**Eyeglass Frames Permanent** Other/Unknown, Routine - Within 90 Calendar Days

**Mobility Impaired Disability Vest Permanent** Do Not Dispense, Patient Already Has

**Orthotics/Therapeutic Shoes Permanent** orthotic shoe, High Priority - Within 14 Calendar Days

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Start Taking These Medications:
**hydrocortisone topical 1% Cream NP (hydrocortisone 1% cream NURSE OTC PROTOCOL)**

SANCHEZ, MIGUEL has been given the following list of follow-up instructions, prescriptions, and patient education materials:

## Follow-up Appointments

**Medical Chronic Care (CCP) Follow Up 20** 09/17/19 0:01:00 PDT, 30 days, 10/17/19 23:59:00 PDT, ccp

**Medical Episodic Care Follow Up 20**
09/26/19 14:30:00 PDT, 7 days, 09/26/19 23:59:00 PDT, medication ▬▬▬▬▬with simvastatin, labetalol and lis inopril- requetsing to change to KOP.

**PCP Follow Up 40** 08/12/19 0:01:00 PDT, 11/12/19 23:59:00 PST, Discuss POLST (Paper, eForm, Code Order).

## Chronos

**128-C Dental Refusal**
09/16/19 10:58:00 PDT, Refused to report for a scheduled priority dental appointment OR refused dental treatment.  T his is an informational chrono and is not to be used for disciplinary purposes.

**128-D Dental Priority Classification** 06/07/18 12:34:00 PDT, DPC 3

**1845/7410 (SOMS)** 10/05/17 14:13:35 PDT, DPM, P, 7410 Expire Date 12/31/9999, GFNS, LBO, SC, LR, WRN

⟶ **1845/7410 (SOMS)**
06/19/18 13:48:11 PDT, DPM, P, 7410 Expire Date 12/31/9999, GFNS, LBO, SC, LR, WRN, h/o cva , weakness over left side

**DPC** 07/19/19 13:12:48 PDT, DPC 1B

**DPC** 07/26/19 13:16:03 PDT, DPC 1B

**DPC** 09/05/19 11:40:10 PDT, DPC 1B

**DPC** 09/10/19 10:17:48 PDT, DPC 2

**DPC** 09/16/19 8:30:18 PDT, DPC 2

**DPC** 09/16/19 10:57:34 PDT, DPC 2

CDCR # AC 8280   Name: Sanchez, Miguel   Housing: MCSP A2-111 L

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**DURABLE MEDICAL EQUIPMENT AND MEDICAL SUPPLY RECEIPT**
CDCR 7536 (12/15)

**Form:** Page 1 of 1
**Instructions:** Pages 2 and 3

---

**Section A (Approved DME/Medical Supply To Be Issued):**

I have received the following items today:

DME/Medical Supply: _____   Quantity: _____

DME/Medical Supply (if not listed in drop down): _____   Quantity: 1

Make: AIRCAST   ☐ N/A

Model: WRIST BRACE

Model (if not listed in drop down): _____

Serial Number: _____  ☐ N/A  Size: _____   Other: _____

Vendor: _____   Vendor (if not listed in drop down): _____   ☐ N/A

Type of Issuance: ☒ Purchased   ☐ Loaned   ☐ One-for-One Exchange

☒ Permanent   ☐ Temporary   Expiration Date: _____

Cost of DME: 10.80   ☐ CDC 193, *Trust Account Withdrawal Order*, completed   ☐ N/A

Comments:

to support wrist / stabilize & protect

---

**Section B:**

☒ Received DME/Medical Supply   ☐ Refused DME/Medical Supply (Initiate referral to provider to complete CDC 7225, Refusal of Examination and/or Treatment, and discuss Patient Education.)

X Miguel Sanchez   3/24/17   ☐ PATIENT REFUSED TO SIGN RECEIPT
Patient Signature   Date   *WITNESS NAME/SIGNATURE REQUIRED IF PATIENT REFUSED TO SIGN RECEIPT*

John Harrison   _____   3/24/17
Issuing Staff (Print Name and Title)   Issuing Staff Signature   Date

Witness (Print Name and Title)   Witness Signature   Date

**Section C:**

Date of CDCR 7221-DME: _____   Ordering Provider's Name: _____

---

| 1 Disability Code: | 2. Accommodation: | 3. Effective Communication: | CDCR #: AC 8280 |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☒ Patient asked questions | Last Name: Sanchez |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ Patient summed information | |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | First Name: Miguel   MI: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☒ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | DOB: 12/06/1977   Housing A2-111 L   Institution: MCSP |
| 4. Comments: TABE 4.5, NCF | | | |

**Distribution:** Original-Health Record-Property Receipts; Receipts-Miscellaneous, Main Tab-Misc/OF, Copies-Patient, C&PR/RC CCIII, Assistant C&PR, ADA Coordinator, Class Action Management Unit CCII, Institutional Health Care Compliance Analyst, R&R Property, Trust Office
**Content 360: Event Code/Doc Type**-DME/Health Care Appliances-Scan; **Grouper**-Procedures/Interventions; **Sub Grouper**-Durable Medical Equipment
**Scanning Location: Outpatient:** Property Receipts; Receipts-Misc; Misc\OF-Main Tab; **Inpatient:** Property Transfer Receipt; Sub Tab; Admin

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**DURABLE MEDICAL EQUIPMENT AND MEDICAL SUPPLY RECEIPT**

CDCR 7536 (12/15)                                         Form: Page 1 of 1
                                                          Instructions: Pages 2 and 3

---

Section A (Approved DME/Medical Supply To Be Issued):

I have received the following items today:

DME/Medical Supply: _____ Quantity: _____

DME/Medical Supply (if not listed in drop down): _____ Quantity: / __ ☐ N/A

Make: DYNATRONICS _____ ☐ N/A

Model: LEAF SPLINT (POSTERIOR) LEFT MEDIUM

Model (if not listed in drop down): _____

Serial Number: _____ ☐ N/A Size: _____ Other: _____

Vendor: _____ Vendor (if not listed in drop down): _____ ☐ N/A

Type of Issuance: ☑ Purchased ☐ Loaned ☐ One-for-One Exchange

☑ Permanent ☐ Temporary Expiration Date: _____

Cost of DME: 3.75 ☐ CDC 193, *Trust Account Withdrawal Order*, completed ☐ N/A

Comments:

Stabilize / correct drop foot ⓛ

---

Section B:

☒ Received DME/Medical Supply     ☐ Refused DME/Medical Supply (Initiate referral to provider to complete CDC 7225, Refusal of Examination and/or Treatment, and discuss Patient Education.)

X Miguel Sanchez          3-24-17   ☐ PATIENT REFUSED TO SIGN RECEIPT
Patient Signature              Date      *WITNESS NAME/SIGNATURE REQUIRED IF PATIENT REFUSED TO SIGN RECEIPT*

John Harrison  P.T.                                        3/24/17
Issuing Staff (Print Name and Title)    Issuing Staff Signature          Date


Witness (Print Name and Title)          Witness Signature                Date

Section C:

Date of CDCR 7221-DME: _____   Ordering Provider's Name: _____

---

| 1. Disability Code<br>☐ TABE score ≤ 4.0<br>☐ DPH ☐ DPV ☐ LD<br>☐ DPS ☐ DNH<br>☐ DNS ☐ DDP<br>☐ Not Applicable | 2. Accommodation:<br>☑ Additional time<br>☐ Equipment ☐ SLI<br>☐ Louder ☐ Slower<br>☑ Basic ☐ Transcribe<br>☐ Other* | 3. Effective Communication:<br>☑ Patient asked questions<br>☑ Patient summed information<br>Please check one:<br>☐ Not reached ☑ Reached<br>*See chrono/notes | CDCR #. AC 6285<br>Last Name: SANCHEZ<br>First Name: MIGUEL     MI:<br>DOB: 12/6/77  Housing: AZ-111L  Institution: **MCSP** |
|---|---|---|---|
| 4 Comments: TABE 4.5, NCF | | | |

**Distribution:** Original-Health Record-Property Receipts; Receipts-Miscellaneous, Main Tab-Misc/OF, **Copies**-Patient, C&PR/PC CCIII, Assistant C&PR, ADA Coordinator, Class Action Management Unit CCII, Institutional Health Care Compliance Analyst; R&R Property, Trust Office

Content 360. **Event Code/Doc Type-**DME/Health Care Appliances-Scan, **Grouper-**Procedures/Interventions; **Sub Grouper-**Durable Medical Equipment
Scanning Location: **Outpatient**; Property Receipts; Receipts-Misc; Misc/OF-Main Tab; **Inpatient**; Property Transfer Receipt; Sub Tab; Admin

Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.

Exibit A          April 29, 2020

**California Correctional Health Care Services**

**Patient Discharge Instructions**

**Name:** SANCHEZ, MIGUEL     **Current Date:** 09/26/19 15:12:03

**DOB:**      '77     **CDCR:** AC8280

**Immunizations Provided:**

### Immunization(s) Given This Visit

Name                                                      Date

tetanus/diphth/pertuss (Tdap) adult/adol          05/21/19 14:17:00

**Reason For Visit:** 1:HTN (hypertension)

**Recommendations and arrangements for future care**

**Devices/Equipment:**

Cane**Canes Permanent** Standard, Do Not Dispense, Patient Already Has

**Eyeglass Frames Permanent** Other/Unknown, Routine - Within 90 Calendar Days

**Mobility Impaired Disability Vest Permanent** Do Not Dispense, Patient Already Has

**Orthotics/Therapeutic Shoes Permanent** orthotic shoe, High Priority - Within 14 Calendar Days

Provider Comment:

## MEDICATIONS:
During the course of your visit your medication list was updated with the most current information.

## Continue taking these Medications:
**aspirin**

1.24 (Remedies for "Inadequate Medical care").

Estelle v. Gamble (1976) 429 U.S. 97, 104 [97 S. Ct. 285; 50 L. Ed. 2d 251].

3.3 (Substantive Rights Regarding Prison Placement and transfers.).

A transfer to a prison unequipted to treat a prisoner's medical or mental health care needs or accomodate a disability might also violate the Eighth Amendment or the American Disability Act (the ADA, at 42 U.S.C. §12101 et seq.).

Prison Officials also cannot transfer or otherwise punish a Prisoner through classication action taken solely in Retaliation for the Prisoner's exercise of Constitutionally rights.

See Plata v. Swarzenegger (N. D. cal. July 23, 2007) No. C01-1351 TECH, Order Granting Plaintiff's Motion To convene Three-Judge court; Coleman v. Swarzenegger (E.D. Cal. July 23, 2007) No. Civ. 5-90-5020 LKK JFM, Order.

see, eg., DOM § 61010.8.

7.9 c. (Medical Transfers to Other CDCR Institutions.)

Whenever the Institutions chief medical Officer (CMO) determins that is neccesary to transfer a prisoner to another Institution for Medical treatment, he or she will contact the CMO of the receiving Institution. If the receiving CMO approves the transfer and indicates that he or she has the resources neccesary to treat the Prisoners, then a CDCR FORM 128-C Medical/Psychiatric/Dental CHRONO shall be used to Document the agreement beetween the and receiving Physicians. 15 CCR § 3354.2(c)(3).

Pennsylvania Dept. of corrections v. Yeskey (1998) 524 U.S. 206, 208-212 [118 S. ct 1952; 141 L. Ed 2d 215].
A permanent disability is defined as a disability or condition that is expected to Last Longer than six months. 15 ccR § 3084.7 (K). Disabilities also defined in the American with Disabilities Act, 42 U. S. C. § 12102. see  15 ccR § 3085.

Armstrong v. Davis (N.D. Cal. Jan. 3, 2001) C 94-2307 CW, Remedial Plan. §§ II. E. and IV. I. 14.

7.10  "Medical Appliances and Assistive Devices."

A prisoner may not be deprive of the Use of a Medical appliance that is in his or her possesion upon arrival in the CDCR, or that is properly obtained while in the CDCR.

89. Armstrong v. Davis (N.D. Cal. Jan. 3, 2001) No. C 94-2307 CW, Remedial Plan, § IV. F.

91. Id. at §§ IV. F. 3 ; Penal code 2656 (d); 15 ccR § 3358 (b)
90. Id. at §§ IV. F. 5 and IV. F. 6.

92. Armstrong v. Davis (N.D. Cal. Jan. 3, 2001) No. C 94-2307 CW, Remedial Plan, § IV. F. 2.

93. Id. at § IV. F. 4 ; 15 ccR § 3358 (c)  15 ccR § 3190 (i) (1).

94. CDCR, Letter from FRANK Lopez to Prison Law OFFice (Aug. 8, 2000).

95. Armstrong v. Davis (N.D. Cal. Jan. 3, 2001) No. C 94-2307 CW, Remedial Plan, § IV. F. 3.

## Title 26, 42 U.S.C. 1983

### "Under color state Law"

Laws violated by state or Local Official. This includes people who work for the state, city, county or other Local governments. In prison anything done to you by Prison guard, Prison doctor or Prison administrator (Like the WARDEN) is an action under color of state Law.

The Part of the Law reads as follows:

Every Person who under color of statute, ordinance regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other Person within the Jurisdiction thereof to the deprivation of any rights, Privilages, or immunities secured by the constitution and Laws, shall be Liable to the Party Injured in an action at Law, suit in equity or other Proper proceeding for redress . . .

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sanchez | Miguel | AC8280 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B-5-108 Low | N/A | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: I'm Requesting a 42 U.S.C
§ 1983 Federal civil rights action, of this District.
I will need all papers needed for the court. once done
Library is Required to Fax my all papers, I need to see that
is done as well. What is your status (Library) do to this
Covid-19 ?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: Law Library Supervisor          DATE MAILED: 4/22 2020
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| McHALL | 4-28-20 | | (CIRCLE ONE)  YES  NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Supervisor Law Library | 4-22-2020 | (CIRCLE ONE)  IN PERSON  BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Kesakes | 4/27/20 | | 4/27/20 |

Here's Civil rights Complaint for Eastern District.
Send another form 22 when you are ready file. You will
be called to Library window for copies and you can mail it out.
Eastern District court are accepting paper filings from inmates
until June 1st 2020.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.
I finish with my 42 U.S.C. 1983 and need/want
copies, Plus Law Library Log it in as Required by court
Rules. Please ducat me As soon as possible.
Thank You.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Kesakes | 5/4/20 | | 5/4/20 |

Seen @ window for copies and envelopes

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):    (LAST NAME)    (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Sanchez          Miguel | AC8280 | |
| HOUSING/BED NUMBER:    ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| B-5-108 Low       N/A | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:   I'm Requesting a 42 U.S.C
§ 1983 Federal civil rights action of this District.
I will need all Papers needed for the court. once done
Library is Required to Fax my all papers, I need to see that
is done as well. What is your status (Library) do to this
covid-19 ?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **   4 22 2020
☑ SENT THROUGH MAIL:  ADDRESSED TO: Law Library Supervisor _____ DATE MAILED:
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| McHall | 4-28-20 | | (CIRCLE ONE)   YES   NO |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: |
| Supervisor Law Library | 4-22-2020 | | (CIRCLE ONE)  IN PERSON  (BY US MAIL) |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Ikesakes | 4/27/20 | Ikesakes | 4/27/20 |

Here is Civil rights complaint for Eastern District.
Send another form 22 when you are ready file. You will
be called to Library window for copies and you can mail it out.

Eastern District court are accepting paper filings from inmates
until June 1st 2020.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.   I finish with my 42 U.S.C. 1983 and need/want
Copies, Plus Law Library Log it in as Required by Court
Rules. Please ducat me As soon as possible.
Thank You.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Ikesakes | 5/4/20 | Ikesakes | 5/4/20 |

Seen @ Window for copies and envelopes.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sanchez | Miguel | AC8280 | |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B-5-108Low | NA | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
I have finish with my 42 U.S.C.
§ 1983. I want copies and You (Library) to Log it in
as Required.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL: ADDRESSED TO: Law Library      DATE MAILED: 4/28/2020

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| M HALL | 4-28-20 | | (CIRCLE ONE) **YES**   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| Law Library | 4-28-2020 | (CIRCLE ONE)   IN PERSON   **BY US MAIL** |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Kesakes | 5/4/20 | | 5/4/20 |

Seen @ Window for copies 5/4/20

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sanchez | Miguel | AC8280 | M.S. |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| B-5-108 Low | NA | | Law Library |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I have finish with my 42 U.S.C. § 1983 I want copies and You (Library) to Log it in as Required.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX)  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☐ SENT THROUGH MAIL:  ADDRESSED TO: _Law Library_          DATE MAILED: _4.28.2020_

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)  YES  NO |
|---|---|---|---|
| McHALL | 4-28-20 | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON  BY US MAIL |
|---|---|---|
| Law Library | 4-28-2020 | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Kesakes | 5/4/20 | Ghusaly | 5/4/20 |

Seen @ window for copies 5/4/20

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Institutional Level Response**

**Closing Date:**   JAN 1 3 2020

**To:**     SANCHEZ, MIGUEL (AC8280)
B  005 1133001LP
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

**Tracking #:**   LAC HC 19001531

## RULES AND REGULATIONS
The rules governing these issues are:  California Code of Regulations, Title 15; Health Care Department Operations Manual; Mental Health Services Delivery System Program Guide; California Department of Corrections and Rehabilitation Department Operations Manual.

## HEALTH CARE GRIEVANCE SUMMARY
In your CDCR 602 HC, Health Care Grievance, you explained the decision, action, condition, omission, policy, or regulation that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

| Issue | | Description |
|---|---|---|
| Issue: | Scheduling ( PCP Encounter ) | You allege you were denied medical services on October 31, 2019 for your broken nose and fractured left eye. |
| Issue: | Medication ( Pain Management ) | You state you need pain medication for your severe pain. |

## INTERVIEW
On January 10, 2020, you were interviewed by L. Mason, HCARN regarding this health care grievance. During the interview, you were allowed the opportunity to fully explain your health care grievance issue(s).

## INSTITUTIONAL LEVEL DISPOSITION

[X] No intervention.     [ ] Intervention.

## BASIS FOR INSTITUTIONAL LEVEL DISPOSITION
Your health care grievance package and health record, and all pertinent departmental policies and procedures were reviewed.  These records indicate:
- Ibuprofen was prescribed on September 29, 2019 for your pain.
- You were prescribed acetaminophen for your pain on September 30, 2019.
- You were seen by the Ear, Nose and throat (ENT) specialist on October 7, 2019.
- You transferred to California State Prison – LA County on October 28, 2019.
- On October 31, 2019 you were ducated to be seen by the primary care provider a new arrival appointment. It was noted you refused to be seen and the registered nurse education you on the importance of the appointment.

Note 1:  The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2:  The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3:  Permanent health care grievance document.  Do not remove from the health care grievance package.

- On November 21, 2019 you transferred to High Desert State Prison.
- You refused to be seen by the primary care provider on November 26, 2019.
- On December 12, 2019 the primary care provider attempted to obtain your vitals in order to be examined however you refused to provide them. You were informed by the primary care provider your vitals were needed prior to your evaluation. You left the clinic.
- There is no recent documentation that you have attempted to access health care services utilizing the approved processes for concerns related to your nose and pain medication.
- While you have the right to refuse most health care, you are considered an active partner and participant in the health care delivery system. You are encouraged to cooperate with your health care providers in an effort to achieve optimal clinical outcome.
- You are enrolled in the Chronic Care Program, where your medical conditions and medication needs are closely monitored. Progress notes indicate there is a plan of care in place and the primary care provider has discussed the plan of care with you.
- Your medical condition will continue to be monitored with care provided as determined medically or clinically indicated by the primary care provider. If you have additional health care needs, you may access health care services by utilizing the approved processes in accordance with California Correctional Health Care Services policy.

While the health care grievance process is a means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your health care providers. You are encouraged to continue your care with your assigned health care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your health care providers to offer and provide only the care they determine to be currently medically or clinically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other health care facilities or staff, input from health care consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current health care providers.

If you are dissatisfied with the Institutional Level Response, follow the instructions on the CDCR 602 HC, Health Care Grievance, and submit the entire health care grievance package for headquarters' level review. The headquarters' level review constitutes the final disposition on your health care grievance and exhausts your administrative remedies.

B. RAMOS, M.D.
Chief Medical Executive (A)
California State Prison – LA County

1/13/20 2z
Reviewed and Signed Date

Note 1: The institutional level review is based on records available as of the date the Institutional Level Response is signed by the reviewing authority.
Note 2: The closing date reflects the closed, mailed/delivered date of the health care grievance.
Note 3: Permanent health care grievance document. Do not remove from the health care grievance package.

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**HEALTH CARE GRIEVANCE**                                                                      Page 1 of 2
CDCR 602 HC (Rev. 10/18)

| STAFF USE ONLY | Expedited? ☐ Yes ☒ No | Tracking #: | |
|---|---|---|---|
| L. Palalay NV | | LAC HC 1 9 0 0 1 5 3 1 | 11/6/91 |
| Staff Name and Title (Print) | | Signature | Date |

If you think you have a medical, mental health or dental emergency, notify staff immediately. If additional space is needed, use Section A of the CDCR 602 HC A Health Care Grievance Attachment. Only one CDCR 602 HC A will be accepted. You must submit this health care grievance to the Health Care Grievance Office for processing. Refer to California Code of Regulations (CCR), Title 15, Chapter 2, Subchapter 2, Article 5 for further guidance with the health care grievance process.

Do not exceed more than one row of text per line. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First, MI): | CDCR #: | Unit/Cell #: |
|---|---|---|
| SANchez Miguel | AC8280 | ASU-A-194Low |

**SECTION A:** Explain the applied health care policy, decision, action, condition, or omission that has had a material adverse effect upon your health or welfare for which you seek administrative remedy.

I'm a new arrivel on 10-28-19. On 10-31-19 had an appoint to go see the Ad-seg doctor for my Broken nose and fractured Left eye (orbital). The doctor unseen send nurse to tell me if I Refuse a vital check he was going to Deny all Medical Services. Not only did he or she denyed me Medical Services but it's also a threat. Us Inmates have a Right to Refuse any Part or All Medical Services as it is written in the Title 15, ~~Title 15 (office)~~ I did not Refuse my Medical Services. This Dr.s unknown name and he/she conduct are not acceptable in CDCR Rules ( 15 CCR § 3391. (a).). Employee Conduct.
I need to be seen and given Pain Pills for my severe Pain, Ibuprofin and Regular Tylenol ain't working ain't working. Dr. needs to be discipline as Required by CDCR Rules.

Supporting Documents Attached. Refer to CCR 3999.227 ☐ Yes ☐ No

| Grievant Signature: Miguel Sanchez | Date Submitted: 11-3-19 |
|---|---|

BY PLACING MY INITIALS IN THIS BOX, I REQUEST TO RECEIVE AN INTERVIEW AT THE INSTITUTIONAL LEVEL.

| **SECTION B:** HEALTH CARE GRIEVANCE REVIEW INSTITUTIONAL LEVEL: Staff Use Only | Is a CDCR 602 HC A attached? ☐ Yes ☒ No |
|---|---|

This grievance has been:

☐ Rejected (See attached letter for instruction):  Date: _____    Date: _____

☐ Withdrawn (see section E)

| ☒ Accepted | Assigned To: HCARN | Title: HCARN | Date Assigned: 11/13/19 | Date Due: 1/15/19 |
|---|---|---|---|---|
| Interview Conducted? ☒ Yes ☐ No. | Date of Interview: 1/10/20 | | Interview Location: Telephone Interview |
| Interviewer Name and Title (print): L. NASON, HCARN | | Signature: | Date: 1/10/20 |
| Reviewing Authority Name and Title (print): X  **Bernard Ramos MD** ~~CME (A) at CSP-LAC~~ | | Signature: | Date: 1/13/2020 |

| **Disposition:** See attached letter | ☐ Intervention | ☒ No Intervention |
|---|---|---|

| HCGO Use Only: Date closed and mailed/delivered to grievant: | JAN 1 3 2020 |
|---|---|

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | | |
|---|---|---|---|---|
| ☒ TABE score ≤ 4.0 | ☐ Additional time | ☒ Patient asked questions | | **STAFF USE ONLY** |
| ☐ DPH☐ DPV☐ LD | ☐ Equipment☐ SLI | ☒ Patient summed information | | |
| ☐ DPS☐ DNH | ☐ Louder☒ Slower | **Please check one:** | | |
| ☐ DDP | ☒ Basic☐ Transcribe | ☐ Not reached ☒ Reached | | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | | |
| 4. Comments: | | | | |

*(stamps: COMPLETED LAC JAN 1 3 2020)*



STATE OF CALIFORNIA
**HEALTH CARE GRIEVANCE**
CDCR 602 HC (Rev. 10/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

**LAC HC 1 9 0 0 1 5 3 1**

Tracking #:

**SECTION C:** Health Care Grievance Appeal. If you are dissatisfied with the Institutional Level Grievance Response, explain the reason below (if more space is needed, use Section C of the CDCR 602 HC A), and submit the entire health care grievance package by mail for Headquarters' (HQ) Level health care grievance appeal review. Mail to: Health Care Correspondence and Appeals Branch, P.O. Box 588500, Elk Grove, CA 95758.

Please Process My Appeal I bearly Received it Last week.
still not satisfy I'm not getting treated for my fractured Bones
and Broken nassal Nose. I was told by san Diego Opthomalogist
it would take at Least 5 to 6 months to Heal. still ain't
gotten no Pain Medication, Doctor at (Lac) Lancaster never
attended to my serious medical needs. This amounts to
(Deliberate Indifference) to a serious Medical need
Inadequate Medical care Estelle v. Gamble (1976) 429 U.S. 97,
104 [ 94 S. Ct. 285; 50 L. Ed. 2d 251 ]. Also violates
the Eighth Amendment Cruel and unusual Punishment. I went
through Pain and Suffering daily and I still AM. I shouldn't suffer
do to me just for Refusing a vital sign (15 ccR § 3999.210. (b) thats my Right.

Grievant Signature: Miguel Sanchez          Date Submitted: 3-28-20

| **SECTION D:** | **HEALTH CARE GRIEVANCE APPEAL REVIEW HQ LEVEL: Staff Use Only** | Is a CDCR 602 HC A attached? ☐ Yes ☐ No |

This grievance has been:

☐ Rejected (See attached letter for instruction):     Date: _____     Date: _____

☐ Withdrawn (see section E)   ☐ Accepted

☐ Amendment     Date: _____

Interview Conducted?     ☐ Yes   ☐ No     Date of Interview: _____     Interview Location: _____

Interviewer Name and Title (print): _____     Signature: _____     Date: _____

**Disposition:** See attached letter     ☐ Intervention     ☐ No Intervention

*This decision exhausts your administrative remedies.*

**HQ Use Only:** Date closed and mailed/delivered to grievant:

**SECTION E:** Grievant requests to WITHDRAW health care grievance: I request that this health care grievance be withdrawn from further review. Reason:

_____

_____

_____

Grievant Signature:                          Date Submitted:

Staff Name and Title (Print):          Signature:          Date:

# STAFF USE ONLY

Distribution: **Original** - Returned to grievant after completed; **Scanned Copy** - Health Care Appeals and Risk Tracking System 2.0 (Do not place in central file or health record)

*Unauthorized collection, creation, use, disclosure, modification or destruction of personally identifiable information and/or protected health information may subject individuals to civil liability under applicable federal and state laws.*

# ADA/Effective Communication Patient Summary

**As of:** 11/06/2019 08:26

## Patient Information

**NAME:** SANCHEZ, MIGUEL
**CDCR:** AC8280

## Disability Placement Program

**Current DPP Code(s):**
 * DPM

**DPP Verification/Accommodation Date:** 06/19/18
13:48:11 PDT

**Current Housing Restrictions/Accomodations:**
 * No Rooftop Work/Hazardous Restriction
 * Lifting Restriction
 * Special Cuffing
 * Bottom Bunk
 * Ground Floor- No Stairs

## Methods of Communication

**SLI:**

**Primary Method:**

**Secondary Method:**

**Interview Date:**

## Developmental Disability Program

**Current DDP Code:**

**Effective Date:**

**Adaptive Support Needs:**

## Testing of Adult Basic Education (TABE)

**TABE Score:** 03.6

**TABE Date:** 01/30/2018 00:00

## Learning Disabilities

**Learning Disabilities:**

## English Proficiency

**LEP:** No

**Primary Language:** English

## Durable Medical Equipment

**Current ISSUED DME:**
 * Cane Permanent
 * Eyeglass Frames Permanent
 * Mobility Impaired Disability Vest Permanent
 * Therapeutic Shoes/Orthotics Permanent

## MHSDS

**MHLOC:**   CCCMS

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _Miguel Sanchez_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _High Desert State_

_Prison_ Prison,

in the county of _Lassen_ ,

State of California. My prison address is: _P. O. Box 3030, Susanville, CA._ ,

_96127_ .

On _MAY 4, 2020_ ,
(DATE)

I served the attached: _Clerk of the U.S. District, Eastern District_

_of California, 501 "I" Street Suite 4200, Sacramento, CA 95814_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _MAY 4, 2020_
(DATE)

_____
(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9-97)                              :ODMA PCDOCS WORDPERFECT 22832 1

-9-