UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMARA TABER, et al.,<br><br>    Defendants. | No. 2:20-cv-00946-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 18, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 18, 2020, are adopted in full; and

2. This action is DISMISSED without prejudice for failure to prosecute, failure to comply

with Court orders, and for failure to state a claim as set forth in the September 28, 2020 order. (*See* ECF No. 13.)

      3. The Clerk of Court is directed to close the case.

DATED:  January 14, 2021

                                        Troy L. Nunley
                                        United States District Judge